# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 14-00904-KK**                                          Date: **July 27, 2015**

Title:  Jill Mang v. Carolyn W. Colvin

## DOCKET ENTRY

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                              <u>None</u>
Deputy Clerk                                              Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
     None                                                                 None

## PROCEEDINGS:         (IN CHAMBERS)

On June 12, 2014, Plaintiff Jill Mang filed a Complaint in this Court against defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), challenging the final decision of the Commissioner that she was not disabled.  (ECF Docket No. ("dkt.") 1).  On April 16, 2015, the Court issued an Order and Judgment remanding the case for payment of benefits.  (Dkt. 25, 26).  On May 13, 2015, the Commissioner filed a Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59(e).  (Dkt. 27).  On June 3, 2015, the Court entered an Order denying the Commissioner's Motion to Alter or Amend Judgment.  (Dkt. 30).

On July 6, 2015, Plaintiff filed a Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA").  (Dkt. 31).  On July 24, 2015, the Commissioner filed an Opposition to the Motion, contending the Motion is premature because Plaintiff may not apply for attorney fees under the EAJA until after the Court's judgment becomes "final."  (Dkt. 32).  The matter thus stands submitted.

The Court agrees with the Commissioner and finds the instant Motion premature.  Under the EAJA, a prevailing party is entitled to apply for attorney fees and expenses, but must do so within thirty days of the "final judgment" in the action.  28 U.S.C. § 2412(d)(1)(B).  A "final judgment" is one that is no longer appealable.  28 U.S.C. § 2412(d)(2)(G).

Here, the Court entered its Order denying the Commissioner's Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59(e) on June 3, 2015.  Under the Federal Rules of Appellate Procedure, the Commissioner has until August 3, 2015 to file a notice of appeal.  <u>See</u> Fed. R. App. P. 4(a)(1)(B); Fed. R. App. P. 4(a)(4)(A).  The Court's April 16, 2015 Judgment is thus not yet "final."  <u>See</u> 28 U.S.C. § 2412(d)(2)(G).  Accordingly, the Court **DENIES** Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act without prejudice as prematurely filed.  <u>See</u> 28 U.S.C. § 2412(d)(1)(B).

Initials of Deputy Clerk     dts

MINUTES FORM 11
CIVIL-GEN